# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

TAREK H. BAROODY,

    Petitioner,

v.                                     CASE NO. 4:08cv139-RH/WCS

MICHAEL B. MUKASEY, et al.,

    Respondents.

_____/

## ORDER DISMISSING PETITION AS MOOT

This matter is before the court on the magistrate judge's report and recommendation (document 13), to which no objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court. The clerk must enter judgment stating, "The petition is dismissed as moot." The clerk shall close the file.

SO ORDERED on July 13, 2008.

                                                      s/Robert L. Hinkle
                                                      Chief United States District Judge